**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL BENWAY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-CV-02233 |
| vs. | : | (Complaint Filed 12/1/11) |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SOCIAL SECURITY,** | : | (Judge Caputo) |
| Defendant | : | |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Michael Benway as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Michael Benway disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                                                              s/A. Richard Caputo
                                                              A. RICHARD CAPUTO
                                                              United States District Judge

Dated: August 2, 2013